UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LORD JUDAH AL-BARR**                                                                                       PETITIONER
Reg No. 40258-509

V.                                              No. 2:24-CV-00063-JM-BBM

**CHAD GARRETT, Warden,**                                                                              RESPONDENT
FCI Forrest City-Medium

### ORDER

      Petitioner Lord Judah Al-Barr has not complied with the April 2, 2024 Order directing him to either pay the filing fee in this case or to file a completed Application to Proceed without Prepayment of Fees and Affidavit, including the Certificate of Prisoner Accounts. *Doc. 2*. The time to do so has expired. Accordingly, this case is dismissed without prejudice because Petitioner Al-Barr failed to pay the filing fee as ordered. LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b).

      IT IS SO ORDERED this 24th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE