UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LORD JUDAH AL-BARR**                                                                    **PETITIONER**
Reg No. 40258-509

V.                              No. 2:24-CV-00063-JM-BBM

**CHAD GARRETT, Warden,**                                                         **RESPONDENT**
**FCI Forrest City-Medium**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 24th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE